UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ALFONZO MASON,<br><br>               Petitioner,<br><br>    v.<br><br>JOSEPH WOODRING, Warden,<br><br>               Respondent. | Case No. CV 08-686-FMC (JWJ)<br><br>**ORDER TO SHOW CAUSE** |

      On April 9, 2008, 2000, respondent filed a Motion to Dismiss Petition for Writ of Habeas Corpus.  On April 10, 2008, this Court issued a Minute Order requiring that "[a]ny Opposition [to respondent's Motion to Dismiss] shall be served and filed by April 24, 2008."  On May 2, 2008, petitioner filed a change of address.  This Court granted sua sponte a 20-day extension.  To date, petitioner has not filed an Opposition to respondent's Motion to Dismiss Petition for Writ of Habeas Corpus.

///

///

///

///

1  Accordingly, **IT IS HEREBY ORDERED AS FOLLOWS**:

2  Petitioner shall have **fourteen days from the date of this Order** to show
3  cause why he has not filed an Opposition to respondent's Motion to Dismiss Petition
4  for Writ of Habeas Corpus or to file an Opposition to respondent's Motion to
5  Dismiss.  If petitioner does not file an Opposition to the Motion to Dismiss or show
6  reasonable cause for his failure to do so within fourteen days of the date of this
7  Order, the Court will deem this matter under submission and will rule on
8  respondent's Motion to Dismiss.

9  DATED:  June 4, 2008

    /s/
    JEFFREY W. JOHNSON
    United States Magistrate Judge